FILED - GR
September 10, 2024 9:52 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: /9-10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BREANNA BOELENS,

    Defendant.
_____/

1:24-cr-125
Robert J. Jonker
U.S. District Judge

**FELONY INFORMATION**

The United States Attorney charges:

**Supplemental Security Income Fraud**

From in or about April 2018, and continuing through May 2022, in Kent County, in the Southern Division of the Western District of Michigan, the defendant,

BREANNA BOELENS,

in a matter within the jurisdiction of the Social Security Administration (SSA), having knowledge of an event affecting her initial and continued right to receive Social Security Supplemental Security Income (SSI) payments on behalf of a minor, RMM, concealed and failed to disclose such event with the intent to fraudulently secure payment when no payment was authorized.

Specifically, the defendant intentionally concealed the fact that the minor claimant, RMM, had been removed from her care in or about January 2018.

Defendant did so to obtain and continue to receive and spend SSI benefit payments made by SSA to the minor claimant, and to overpay the defendant as payee.

42 U.S.C. § 1383a(a)(3)(B)

Date: September 10, 2024

MARK A. TOTTEN
United States Attorney

_____ on behalf of
STEPHANIE M. CAROWAN
Assistant United States Attorney